UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0723

January 13, 2009

TO COUNSEL OF RECORD RE:   Stuart v. Spherion Atlantic Enterprises, Inc.,
Civil Action No. L-08-2729

Dear Counsel:

    A telephone conference call was held on Tuesday, January 13 at 3:00 p.m. to discuss the schedule in this case.

    As per that call, trial is scheduled for September 21-23, 2009.  The pretrial conference will be held at 9:00 AM on Friday, September 11.  The pretrial order is to be filed by Tuesday, September 8.  In addition, the parties are directed to inform the Court by February 13 whether they wish to have a bench or jury trial.

    Furthermore, the parties have requested that a settlement conference be held before a magistrate judge after the completion of discovery.  Accordingly, a magistrate judge will be assigned to this case.  The Court requests that the settlement conference be held between July 22 and the end of August.

    Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg